**AMERICAN SAMOA GOVERNMENT, Plaintiff**

**v.**

**CCJS MAFATAGA TAMA, Defendants.**

High Court of American Samoa
Trial Division

PHC No. 11776

October 24, 2003

Before KRUSE, Chief Justice.

Counsel: For Plaintiff, Martin McCarthy, Assistant Attorney General
For Defendants, Glen Levi, *pro se*

The Defendants are a youth organization of the CCJS Church of Fagatogo. A public health officer cited them for roadside barbecue fund-raising (selling prepared food to the public) without a health permit, in violation of A.S.C.A. § 25.0501. In fact, the Defendants had a health permit issued by the Department of Health, which had on its face expired. The permit issued to the Defendants was for three months. Additionally, a fee for the issuance thereof was assessed for the permit.

The Defendants take exception with the citation arguing that the law requires that the duration of a health permit shall be for one year, and not three months. *See* A.S.C.A. § 25.0504. They further take exception with the permitting scheme they were subjected to as an unauthorized money-making ruse.[1]

The Defendants are absolutely right. A.S.C.A. § 25.0504 provides that a health permit *"shall* be valid for one year from the day of issuance" (emphasis added). Furthermore, "[n]o fee or charge may be made for issuing a permit." *Id.* The issuing official acted not only without authority but in clear contravention of the statute.[2]

---

[1] It was not exactly clear on the evidence where the permit fees were deposited.

[2] The permit cites to "Section 25.0601" as authority for issuing a three-

With the government's complicity in the Defendants' situation, the citation will be dismissed.

It is so ordered.

----

month permit. A review of § 25.0601 reveals that this enactment has absolutely nothing to do with authorizing three-month permits. Moreover, the statutory permit-issuing authority is the "Director of Health." *See* A.S.C.A. § 25.0501. Here, the official signing off on the permit in question gives his title as "Chief Environmental Health Services."